NOT FOR PUBLICATION                                        (Doc. No. 29)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

_____       :
                                     :
EDGAR JACKSON,                       :
                                     :
              Plaintiff,             :        Civil No. 08-0994 (RBK/JS)
                                     :
        v.                           :        **ORDER**
                                     :
UNITED STATES OF AMERICA, RYON       :
LAMPMAN & COMPANY, LP and JOHN       :
DOE # 1-5 (fictitious names),        :
                                     :
              Defendants.            :
_____       :

    THIS MATTER having come before the Court upon Defendant Ryon Lampman &

Company's Motion for Summary Judgment [Doc. No. 29]; and the Court having considered the

moving papers and the response thereto; and for the reasons expressed in the Opinion issued this

date;

    IT IS HEREBY ORDERED that Ryon Lampman & Company's Motion for Summary

Judgment is **DENIED**.


Date: 7-21-2010                              /s/ Robert B. Kugler
                                            ROBERT B. KUGLER
                                            United States District Judge

1